IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-20-05060-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: NP20073719 |
| vs. | Location Code: M13 |
| KYLE EVANS, | |
| Defendant. | ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the above citation is DISMISSED.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 10, 2020 is VACATED.

DATED this 10th day of December, 2020.

_____
John Johnston
United States Magistrate Judge